**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SPELLMAN, | No. C-11-03657 DMR |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| DIVERSIFIED COLLECTIONS SERVS., INC., | |
| Defendant(s). | |

The Court hereby ORDERS that the Initial Case Management Conference previously scheduled for November 2, 2011 at 1:30 p.m. be CONTINUED to **December 7, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **November 30, 2011.** Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: October 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge