**United States District Court**
For the Northern District of California

1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 NORTHERN DISTRICT OF CALIFORNIA
8
9 SHANNON SPELLMAN,                    No. C-11-03657 DMR
10          Plaintiff(s),              **ORDER CONTINUING INITIAL CASE**
                                       **MANAGEMENT CONFERENCE**
11     v.
12 DIVERSIFIED   COLLECTIONS   SERVS.,
   INC.,
13          Defendant(s).
   _____/
14
15     The Court hereby ORDERS that the Initial Case Management Conference previously
16 scheduled for November 2, 2011 at 1:30 p.m. be CONTINUED to **December 7, 2011 at 1:30 p.m.**,
17 Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case
18 Management Statement is due no later than **November 30, 2011.**  Immediately upon receipt of this
19 Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the
20 Court.
21     IT IS SO ORDERED.
22
23 Dated:  October 27, 2011
24                                       _____
25                                       DONNA M. RYU
                                         United States Magistrate Judge
26
27
28